IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JEROME GREER EL, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:15cv435-MHT |
| | ) | (WO) |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
|    Respondents. | ) | |

## OPINION

Pursuant to 28 U.S.C. § 2241, petitioner filed this habeas-corpus case.  In this case, he also petitions for a writ of quo warranto.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that (1) the habeas-corpus request be denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals and (2) the quo warranto petition be denied.  Also before the court are petitioner's objections to the recommendation.  After an independent and de novo

review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of July, 2015.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**